PK

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

RECEIVED

APR 16 2019 KD

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

Roland Pizarro

Plaintiff(s),

v.

Bancare, Inc.

Defendant(s).

1:19-cv-02595
Judge John J. Tharp, Jr.
Magistrate Judge Young B. Kim

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is Roland Pizarro of the county of Cook in the state of Illinois.

3. The defendant is Bancare, Inc., whose street address is 6. East College Drive, (city) Arlington Heights (county) Cook (state) IL (ZIP) 60004
(Defendant's telephone number) (847) – 394-1122

4. The plaintiff sought employment or was employed by the defendant at (street address) _____ (city) _____
(county) _____ (state) _____ (ZIP code) _____

2019 APR 16 PM 4: 15

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

5. The plaintiff [***check one box***]

(a) ☐ was denied employment by the defendant.

(b) ☐ was hired and is still employed by the defendant.

(c) ☒ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) August, (day) 17, (year) 2018.

7.1 ***(Choose paragraph 7.1 or 7.2, do not complete both.)***

(a) The defendant is not a federal governmental agency, and the plaintiff [*check one box*] ☒*has* ☐*has not* filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

(i) ☒ the United States Equal Employment Opportunity Commission, on or about (month)March (day) 22 (year) 2019.

(ii) ☐ the Illinois Department of Human Rights, on or about (month)________(day)________(year)________.

(b) If charges *were* filed with an agency indicated above, a copy of the charge is attached. ☒ Yes, ☐ No, **but plaintiff will file a copy of the charge within 14 days.**

It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2 The defendant is a federal governmental agency, and

(a) the plaintiff previously filed a Complaint of Employment Discrimination with the

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

defendant asserting the acts of discrimination indicated in this court complaint.

☐ Yes (month)________________(day)_______(year) _________

☒ No, did not file Complaint of Employment Discrimination

(b) The plaintiff received a Final Agency Decision on (month) March______

(day) 26______(year) 2019______.

(c) Attached is a copy of the

(i) Complaint of Employment Discrimination,

☒ Yes ☐ No, but a copy will be filed within 14 days.

(ii) Final Agency Decision

☒ Yes ☐ N0, but a copy will be filed within 14 days.

*8.* *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

*(a)* ☐ the United States Equal Employment Opportunity Commission has not issued a *Notice of Right to Sue.*

(b) ☒ the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue*, which was received by the plaintiff on (month) March_______(day) 28_____(year) 2019_____a copy of which *Notice* is attached to this complaint.

9. The defendant discriminated against the plaintiff because of the plaintiff's [***check only those that apply***]:

(a) ☐ Age (Age Discrimination Employment Act).

(b) ☐ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 04/05/2018

3

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

(c) ☐ Disability (Americans with Disabilities Act or Rehabilitation Act)

(d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(e) ☐ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

(g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the ADA by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791; and for the ADEA, 29 U.S.C. § 626(c).

12. The defendant [***check only those that apply***]

(a) ☐ failed to hire the plaintiff.

(b) ☐ terminated the plaintiff's employment.

(c) ☐ failed to promote the plaintiff.

(d) ☐ failed to reasonably accommodate the plaintiff's religion.

(e) ☐ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☐ failed to stop harassment;

(g) ☐ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h) ☒ other (specify): Retaliated against after I complained about harassment by a co-worker

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

13. The facts supporting the plaintiff's claim of discrimination are as follows:

I was the service manager for Bancare for 22 years. They hired a new salesman about 2 years ago which from the start did not like me. He has always made comments about replacing me heard by the whole office including my boss, James Cozzi as he was there. As the head of the service department, salesman should communicate with me if they need something done for their clients but he never did. He will always talk to one of the ladies in the office if he needs something and they will relay the message to me. James Cozzi is aware of this and everytime I point that to him, he will always say that he will talk to the salesman. I don't know if he ever did because the salesman continued doing the same thing. I mentioned to James Cozzi that I was thinking of filing an emotional distress lawsuit and he said to go ahead. But I did not because I figured it will get better which I totally regretted now. I was wrong because he took the salesman's side who's been with us for only 2 years versus a dedicated employee who's been with the company for 22 years. This salesman, Tom Henninger repeatedly called my technicians stupid and incapable of doing their jobs. One time he called one of my technician stupid while performing a service call at one of our customer's site and technician quit the same day. Again, James Cozzi was aware of this. As a service manager, I tried to protect my technicians so I emailed James Cozzi (copy of email attached) asking to get rid of the salesman since he couldn't get along with anybody. He replied saying we should talk about this face to face instead of emails. One week later, we had a meeting but we didn't talk about the salesman. Instead, he did my review and after 22 years, gave me my first bad review. I have always received a good review and pay increase every year. Because of this bad review, he told me that he was replacing me and giving me a new position he created as an equipment manager (attached is email he sent regarding my new position). He said that it's not a demotion but moving sideways to a new position and if I don't accept this new position, he will have to fire me. I accepted the new position but as an equipment manager, I was doing the job of a service technician. I went out everyday to do service calls and added me to the weekly on-call list. The person who replaced me as the service manager was a technician who's been with the company about 5 years and he told me that the only reason he got my job was because I couldn't get along with the salesman. I feel that this was some type of retaliation because I complained about the salesman. There are other employees who are aware of this grudge the salesman had on me and will support this demotion and discrimination.

14. [*AGE DISCRIMINATION ONLY*] Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

15. The plaintiff demands that the case be tried by a jury. ☐ Yes x No

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [***check only those that apply***]

(a) ☐ Direct the defendant to hire the plaintiff.

(b) ☐ Direct the defendant to re-employ the plaintiff.

(c) ☐ Direct the defendant to promote the plaintiff.

(d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

(e) ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f) ☐ Direct the defendant to (specify): ________________________________

________________________________________________

________________________________________________

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

(g) ☒ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☒ Grant such other relief as the Court may find appropriate.

[signature]
(Plaintiff's signature)

ROLAND PIZARRO
(Plaintiff's name)

3804 EMERSON DRIVE
(Plaintiff's street address)

(City) SCHILLER PARK (State) IL (ZIP) 60176

(Plaintiff's telephone number) (847) – 707-9572

Date: 3/29/2019

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 04/05/2018

EEOC Form 5 (11/09)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

Charge Presented To: [ ] FEPA [X] EEOC

Agency(ies) Charge No(s): 440-2019-02038

Illinois Department Of Human Rights and EEOC

*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone | Year of Birth |
|---|---|---|
| Roland Pizarro | (847) 707-9572 | |

Street Address / City, State and ZIP Code

3804 Emerson Drive, Schiller Park, IL 60176

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| BANCARE INC | 15 - 100 | (847) 394-1122 |

Street Address / City, State and ZIP Code

6 E. College Drive, ARLINGTON HEIGHTS, IL 60004

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

Street Address / City, State and ZIP Code

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

[ ] RACE [ ] COLOR [ ] SEX [ ] RELIGION [ ] NATIONAL ORIGIN
[X] RETALIATION [ ] AGE [ ] DISABILITY [ ] GENETIC INFORMATION
[ ] OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE

| Earliest | Latest |
|---|---|
| 01-01-2018 | 09-11-2018 |

[ ] CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I began my employment with Respondent in or about 1996. My most recent position was Equipment Manager. During my employment, I was harassed by a co-worker. I complained about the harassment to Respondent, and subsequently, I was demoted. On or about September 11, 2018, I resigned my position.

I believe I have been retaliated against, in violation of Title VII of the Civil Rights Act of 1964, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – *When necessary for State and Local Agency Requirements*

I declare under penalty of perjury that the above is true and correct.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

Digitally signed by Roland Pizarro on 03-22-2019 10:41 AM EDT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)*

EEOC Form 161 (11/16)

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

# DISMISSAL AND NOTICE OF RIGHTS

To: **Roland Pizarro**
**3804 Emerson Drive**
**Schiller Park, IL 60176**

From: **Chicago District Office**
**500 West Madison St**
**Suite 2000**
**Chicago, IL 60661**

☐ On behalf of person(s) aggrieved whose identity is *CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
| --- | --- | --- |
| **440-2019-02038** | **Sarronda Harris, Investigator** | **(312) 869-8025** |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

## - NOTICE OF SUIT RIGHTS -

*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Julianne Bowman
Julianne Bowman,
District Director

3/26/19
*(Date Mailed)*

Enclosures(s)

cc: **BANCARE, INC.**
**c/o J. James Cozzi**
**President**
**6 E. College Drive**
**Arlington Heights, IL 60004**

ROLAND PIZARRO

**From:** JAMES COZZI
**Sent:** Tuesday, July 31, 2018 8:58 PM
**To:** ROLAND PIZARRO
**Subject:** Re: Tom

We will talk about this face to face. Not through email.

On Jul 31, 2018, at 8:39 PM, ROLAND PIZARRO <rolandpizarro@bancare.net> wrote:

> Yes, face to face would be good but it's not really a concern. It's an issue I brought up several times and is now out of proportion. It's not just me, all the techs are complaining about him and threatening to quit. Look what happened to Chris, Tom keeps on yelling at him and calling him incompetent until he couldn't stand it anymore so he quit, he was a good technician. How many technicians do we need to lose before you acknowledge that he's the source of the problem? John and Salvador might have self-control but not sure about Walter or Steve if that happens to them. Do we want to see that happen?
>
> Thanks
>
> *Roland F. Pizarro*
> **Service Manager**
>
> bancare, inc
> 6 East College Drive
> Arlington Heights, IL 60004
> (847) 394-1122 = office
> (847) 394-0268 = fax
> (847) 502-8570 = mobile
> www.bancare.net
>
> **From:** JAMES COZZI
> **Sent:** Tuesday, July 31, 2018 7:16 PM
> **To:** ROLAND PIZARRO <rolandpizarro@bancare.net>
> **Subject:** RE: Tom
>
> Roland, I appreciate your concern I would like to continue this conversation face to face. I am out most of tomorrow and Thursday and then off on Friday. If you are around Thursday and I can be here between meetings we will get together. Otherwise we will talk at your review next week.
>
> Thank you
>
> J. James Cozzi
> **bancare, inc.**
> 6 E. College Drive
> Arlington Heights, IL 60004
> 847-394-1122 office
> 847-394-0268 fax
>
> **From:** ROLAND PIZARRO
> **Sent:** Tuesday, July 31, 2018 5:37 AM

**To:** JAMES COZZI <jamescozzi@bancare.net>
**Subject:** Tom

I'm emailing you because I'm so stressed at work and haven't been sleeping a lot lately. I think it's time to let Tom go. Sure he makes money for the company but how can you have someone work for Bancare and say bad things about the employees, people he's supposed to be working with. I'm glad you heard him call bancare technicians stupid and idiots (not his exact words), these are the technicians that you hired. Maybe, you should close the service dept and have him get his own people. I cannot be in the same room with him so I will not be attending weekly meetings anymore.

Roland F Pizarro
Service Manager

bancare, Inc
6 East College Drive
Arlington Heights, IL 60004
(847) 394 – 1122 = office
(847) 394 – 0268 = fax
(847) 502 – 8570 = mobile
www.bancare.net

ROLAND PIZARRO

**From:** JAMES COZZI
**Sent:** Friday, August 17, 2018 12:23 PM
**To:** Andrew Dirnberger; Anthony Baez; BRUCE HOYER; CHRIS THOMPSON; Dave Peterson; David Beckman; David Feldten; Erik Malmberg; GINA MILLINGTON; JANET KIJAK; Jeff Greenfield; Jennifer Petersen; JOHN BARNETT; JOSEPH F. COZZI; Kristen Castro; PATRICK RYAN; PAUL PIZARRO; Ray Swoik; RENATO KUKIC; ROLAND PIZARRO; SALVADOR BAUTISTA; Scott Kynaston; Shawn Cardelli; STEPHANIE EDWARDS; STEVE COLLINS; STUART ROAT; TODD STEFANIAK; TOM HENNINGER; Traci Schleich; Waldemar Hapon
**Subject:** Roland and John

With the increase in equipment jobs and service calls we have decided to break up some of the responsibilities previously under the service manager's purview to better address the work flow and increase our response to the customer.

Roland has accepted the new position of Equipment Manager which will be responsible for setting up jobs prior to commencement as well as finalizing paperwork. Roland will also continue with timeclock repair and vehicle management. Roland will also be freed up to spend more time assisting and training the techs in the field.

John has agreed to step in to the Service Manager position. John's 20 years' experience in the security industry - including six years at Bancare - and his deep knowledge of our products will serve him well in his new position.

Thank you and congratulations to Roland and John!

J. James Cozzi

**bancare, inc.**
6 E. College Drive
Arlington Heights, IL 60004
847-394-1122 office
847-394-0268 fax

**ROLAND PIZARRO <rolandpizarro@bancare.net>** Tue, Sep 11, 5:18 PM

to JAMES

I've been doing service calls every day which is not in my job description as an equipment manager. I can do it once in a while but not every day. For this reason that I'm turning in my resignation effective today. It's been a wonderful 22 years with Bancare.

Thank you

Roland F Pizarro

bancare, Inc
6 East College Drive
Arlington Heights, IL 60004
(847) 394 – 1122 = office
(847) 394 – 0268 = fax
(847) 502 – 8570 = mobile
www.bancare.net

RECEIVED
2019 APR -3 A 9:15
U.S. ATTORNEY'S OFFICE
USAILN MAILROOM
CHICAGO, ILLINOIS